RECEIVED
Jan 11, 2008
JAN 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

Theresa J McAdams
_____
(Name of the plaintiff or plaintiffs)

v.

Star Detective & security agency, Inc.
_____
(Name of the defendant or defendants)

CIVIL ACTION
charge 2004CF 2672-
NO. 2IBA 41500
(Case number will be supplied by the assignment clerk)

08CV261
JUDGE ZAGEL
MAGISTRATE JUDGE KEYS

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is Theresa J McAdams of the county of Cook in the state of Illinois.
3. The defendant is Star Detective & security agency, Inc. who resides at (street address) 813 W 755th. street
(city) Chicago (county) Cook (state) Ill. (ZIP) 60689
(Defendant's telephone number) (773)-874-1900

(Guide to Civil Cases for Litigants Without Lawyers: Page 43)

4) The plaintiff sought employment or was employed by the defendant at

(street address) 813 W 75th. street

(city) Chicago (county) cook (state) Ill. (ZIP code) 60619

5. The plaintiff [check one box]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month) December, (day) 23, (year) 2001.

7. (a) The plaintiff [check one box] ☐ has not filed a charge or charges against the defendant
   ☒ has

   asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission on or about
       (month) _____ (day) _____ (year) _____.

   (ii) ☒ the Illinois Department of Human Rights on or about
        (month) June (day) 10 (year) 2004.

   (b) If charges were filed with an agency indicated above, a copy of the charge is attached. ☒ YES ☐ NO

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☒ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

   (b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) _____ (day) _____ (year) _____ a copy of which *Notice* is attached to this complaint.

(Guide to Civil Cases for Litigants Without Lawyers: Page 44)

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act)
   (d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    ☐ YES    ☒ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) ☐ failed to hire the plaintiff.
    (b) ☒ terminated the plaintiff's employment.
    (c) ☒ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☐ other (specify): _____

_____
_____
_____
_____
_____

(Guide to Civil Cases for Litigants Without Lawyers: Page 45)

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_terminated based on false accusations that defendent used drugs, alcohol. Defendent would show up tn properly dressed ie. Unzipped pants and no shoes. As well as abandoning assigned post. + Sleeping on Post_

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

(a) ☐   Direct the defendant to hire the plaintiff.

(b) ☒   Direct the defendant to re-employ the plaintiff.

(c) ☐   Direct the defendant to promote the plaintiff.

(d) ☐   Find that the defendant failed to reasonably accommodate the plaintiff's religion.

(e) ☐   Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐   Direct the defendant to (specify):_____

(g) ☒   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(Guide to Civil Cases for Litigants Without Lawyers: Page 46)

(h) ☒   Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Tj mcadams_

(Plaintiff's name) _Theresa J Mc Adams_

(Plaintiff's street address) _3824 S Kedzie_

(City) _Chicago_ (State) _Il._ (ZIP) _60632_

(Plaintiff's telephone number) _773_ ) - _2475235_

773-787-2800 Fax Victor Fernandez
773-386-2800 office

EEOC Form 161-143/93)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Ms. Theresa J. McAdams<br>3824 South Kedzie, 2nd Front<br>Chicago, IL 60632 | From: | Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street    Lunev<br>Suite 2800<br>Chicago, Illinois 60661-2511 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21BA41500 | Nola Smith, State & Local Coordinator | (312) 886-5973 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P. Rowe*

John P. Rowe, District Director

NOV 13 2007

(Date Mailed)

Enclosure(s)

cc: Star Detective & Security Agency, Inc.

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form. | AGENCY<br>☒ IDHR<br>☒ EEOC | CHARGE NUMBER<br>2004CF2672<br>21BA41500 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME (Indicate Mr. Ms. Mrs.)<br>Theresa J. Mc Adams | | HOME TELEPHONE (include area code)<br>(773) 247-5235 |
|---|---|---|
| STREET ADDRESS<br>3824 South Kedzie 2nd Front | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60632 | DATE OF BIRTH<br>00/00/00 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>Star Detective & Security Agency, Inc. | NUMBER OF EMPLOYEES,<br>MEMBERS 15+ | TELEPHONE (Include area code)<br>(773) 874-1900 |
|---|---|---|
| STREET ADDRESS<br>813 E 75th Street | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60619 | COUNTY<br>031 |
| NAME | | TELEPHONE (include area code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>National Origin | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)   LATEST (ALL)<br>                                       12/11/2003<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

**TECHNICAL AMENDMENT**

*This Technical Amendment is being made to correct Respondent's name and Complainant's telephone number.

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY (when necessary for State and Local Requirements)<br>_Jerrie D. Young_   2·10·05 |
|---|---|
| I declare under penalty that the foregoing is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |
| "OFFICIAL SEAL"<br>Jerrie D. Young<br>Notary Public, State of Illinois<br>My Commission Exp. 05/25/2008<br><br>Notary Public Seal | SIGNATURE OF COMPLAINANT   DATE<br><br>x _Theresa J Mc Adams_ 02/10/05<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>                                                     (DAY, MONTH, YEAR) |

EEOC FORM 5 (6/00)

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.  04W0224.17 | [X] IDHR  [X] EEOC | 2004CF2672 |

Illinois Department of Human Rights and EEOC

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| THERESA J. MCADAMS | 773-523-7944 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 3824 S KEDZIE 2ND FR | CHICAGO, IL 60632 | 00/00/00 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code) |
|---|---|---|
| STAR DETECTIVE SECURITY A | | 773 874 1900 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 813 E 75TH ST | CHICAGO, IL 60619 | 031 |

| NAME | | TELEPHONE (include area code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON:
NATIONAL ORIGIN

DATE OF DISCRIMINATION
EARLIEST (ADEA/EPA)   LATEST (ALL)
    / /              12/11/2003

[ ] CONTINUING ACTION

THE PARTICULARS ARE (if additional space is needed attach extra sheet(s))

I.   A.   ISSUE/BASIS
          HARASSMENT - AUGUST 28, 2003, TO DECEMBER 11, 2003/DUE TO NATIONAL ORIGIN, MEXICO

     B.   PRIMA FACIE ALLEGATIONS
          1.   My national origin is Mexico.

          2.   My performance as security officer was satisfactory.

          3.   From at least August 28, 2003, until December 11, 2003, I was harassed by Lorraine Woodlock, Supervisor, and by Captain Kasandra Murry, who repeatedly yelled at me; talked to me in a demeaning manner; followed me around; criticized me excessively; and made false allegations against me.

Continued...lgv

DEPT. OF ...
INTAKE UNIT

APR 1 2 2004

[X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct

NOTARY (when necessary for State and Local Requirements)

[signature] 4-18-04

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT    DATE

OFFICIAL SEAL
MARIA SAUCEDO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES...
Notary Public Seal

x Theresa J mcadams  4/20/04
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, year)

EEOC FORM 5 (6/00)        FEP9K1513

Complainant Name: THERESA J. MCADAMS
Charge Number: 2004CF2672
Page 2

    4. Employees whose national origin is not Mexico, were not harassed.

II. A. ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT - AUGUST 28, 2003, TO DECEMBER 11, 2003/DUE TO NATIONAL ORIGIN, MEXICO

  B. PRIMA FACIE ALLEGATIONS

1. My national origin is Mexico.

2. My performance as security officer was satisfactory.

3. From at least August 28, 2003, until December 11, 2003, I was subjected to unequal terms and conditions of employment by Lorraine Woodlock, Supervisor, and Captain Kasandra Murry, who repeatedly placed inaccurate negative reports in my personnel records, often without informing me; did not give me access to one of Respondent's vehicles for transportation at my work site. Captain Murray, also, continually ignored me when I approached her to request something or to complain about something.

4. Employees whose national origin is not Mexico, did not have negative memos written about them, whether they deserved them or not; had access to company vehicles within the work site, and Captain Murray did not ignore them when they talked to her.

III. A. ISSUE/BASIS

WARNINGS - AUGUST 28, 2003, TO DECEMBER 11, 2003/DUE TO NATIONAL ORIGIN, MEXICO

  B. PRIMA FACIE ALLEGATIONS

1. My national origin is Mexico.

2. My performance as security officer was satisfactory.

Continued...lgv

Complainant Name: THERESA J. MCADAMS
Charge Number 2004CF2672
Page 3

3. From at least August 28, 2003, until December 11, 2003, Lorraine Woodlock, Supervisor, and Captain Kasandra Murry, issued me various warnings.

4. These warnings were either issued based on false information, or were issued for things others did without being disciplined.

5. Employees whose national origin is not Mexico were not issued warnings under similar circumstances.

IV. A. ISSUE/BASIS
DISCHARGE - DECEMBER 11, 2003/DUE TO NATIONAL ORIGIN, MEXICO

B. PRIMA FACIE ALLEGATIONS
1. My national origin is Mexico.

2. My performance as security officer was satisfactory.

3. On December 11, 2003, Lorraine Woodlock, Supervisor, and Captain Kasandra Murry, discharged me. The reasons given were: sleeping while on duty; reporting out of uniform; unsatisfactory performance; leaving post without permission; and carelessness.

4. I was not sleeping on the job; I did not report to work out of uniform; there was nothing wrong with my performance; I did not leave my post without permission; and I was not careless.

5. Employees whose national origin is not Mexico, and who did the things I was accused of doing, were not discharged. I was replaced by an employee whose national origin is not Mexico.

lgv

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

**PRIVATE SUIT RIGHTS:**

This issuance of this Notice of Right to Sue ends EEOC's process with respect to your charge. You may file a lawsuit against the respondent named in your charge within 90 days from the date you receive this Notice. Therefore you should **keep a record of this date.** Once this 90-day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed **well in advance of the expiration of the 90-day period.**

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the state where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.

You may contact EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a **State agency or a political subdivision of the State** is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or, probably, the Equal Pay Act against a **State instrumentality** (an agency directly funded and controlled by the State) **can only be filed in a State court.**

A lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or the Equal Pay Act against a **political subdivision of the State**, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of U.S. District Courts, please see reverse side.

**IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.**

**ATTORNEY REPRESENTATION:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well before the end of the 90-day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within this 90-day period.

**DESTRUCTION OF FILE:**

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.**

5/11/2000

## Information on Where to File Suit

You have been notified of your right to file suit in Federal District Court. Suit is ordinarily filed in the District Court having jurisdiction of the county in which the employer, against whom you filed a charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

**U.S. District Court**
**Northern District of Illinois**
**Eastern Division at Chicago**  *Federal*
219 South Dearborn Street        *State*
Chicago, Illinois 60604
312/435-5670

### Counties

| | |
|---|---|
| Cook | Kendall |
| DuPage | Lake |
| Grundy | LaSalle |
| Kane | Will |

**U.S. District Court**
**Northern District of Illinois**
**Western Division at Rockford**
211 South Court Street
Federal Building
Rockford, Illinois 61101
815/987-4355

### Counties

| | |
|---|---|
| Boone | McHenry |
| Carroll | Ogle |
| DeKalb | Stephenson |
| JoDaviess | Whiteside |
| Lee | Winnebago |

**U.S. District Court**
**Southern District of Illinois**
750 Missouri Avenue
East St. Louis, Illinois 62201
618/482-9370

and

301 West Main Street
Benton, Illinois 62812
618/438-0671

### Counties

| | |
|---|---|
| Alexander | Johnson |
| Bond | Lawrence |
| Calhoun | Madison |
| Clark | Marion |
| Clay | Massac |
| Clinton | Monroe |
| Crawford | Perry |
| Cumberland | Pope |
| Edwards | Pulaski |
| Effingham | Randolph |
| Fayette | Richland |
| Franklin | St. Clair |
| Gallatin | Saline |
| Hamilton | Union |
| Hardin | Wabash |
| Jackson | Washington |
| Jasper | Wayne |
| Jefferson | White |
| Jersey | Williamson |

**U.S. District Court**
**Central District of Illinois**
**Danville/Urbana Division**
201 North Vermilion
Danville, Illinois 61832
217/431-4805

and

201 South Vine
218 U.S. Courthouse
Urbana, Illinois 61801
217/373-5830

### Counties

| | |
|---|---|
| Champaign | Kankakee |
| Coles | Macon |
| Douglas | Moultrie |
| Edgar | Piatt |
| Ford | Vermilion |
| Iroquois | |

**Peoria Division**
100 N.E. Monroe Street
135 Federal Building
Peoria, Illinois 61602
309/671-7117

### Counties

| | |
|---|---|
| Bureau | McLean |
| Fulton | Peoria |
| Hancock | Putnam |
| Knox | Stark |
| Livingston | Tazewell |
| Marshall | Woodford |
| McDonough | |

**Rock Island Division**
211 - 19th Street
Rock Island, Illinois 61201
309/793-5778

### Counties

| | |
|---|---|
| Henderson | Rock Island |
| Henry | Warren |
| Mercer | |

**Springfield Division**
600 East Monroe Street
Springfield, Illinois 62701
217/492-4020

### Counties

| | | |
|---|---|---|
| Adams | Logan | Pike |
| Brown | Macoupin | Sangamon |
| Cass | Mason | Schuyler |
| Christian | Menard | Scott |
| DeWitt | Montgomery | Shelby |
| Greene | Morgan | |