

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Theresa J. McAdams
(Please print)

STREET ADDRESS: 3824 S. Kedzie

CITY/STATE/ZIP: Chicago Il. 60632

PHONE NUMBER: 773-247-5235

CASE NUMBER: charge 2004cf2672 (21BA41500 case)

KC FILED
JAN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV261
JUDGE ZAGEL
MAGISTRATE JUDGE KEYS

Signature: T mcadams

Date: 1-7-2008