## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 261 | **DATE** | 1/31/2008 |
| **CASE TITLE** | THERESA J. MCADAMS vs. STAR DETECTIVE AGENCY, INC. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed in forma pauperis [4] is granted. Summons to be issued by the Clerk of Court. Plaintiff's motion for appointment of counsel [5] is denied without prejudice to renewal after answer to the complaint has been filed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|